JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN IZAGUIRRE,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:22-cv-08290-DOC-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: February 27, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE